11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT



Roger Scott Wilson,

\* From the 104th District Court
of Taylor County,
Trial Court No. 23171-B.

Vs. No. 11-24-00011-CR

\* April 24, 2025

The State of Texas,

\* Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the bill of costs to reflect $50 for the initial arrest warrant fee and $240 for fees charged for summoning witnesses. We modify the judgment to delete the deadly weapon finding and modify the reimbursement fees to be $290. As modified, we affirm the judgment of the trial court.